# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-35436 |
|---|---|
| JOSEPH MICHAEL PYTEL | (Chapter 13) |
| ANN COLLEEN PYTEL | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4088541**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | JOSEPH MICHAEL PYTEL & ANN COLLEEN PYTEL<br>4918 Neptune Lane<br>Huber Heights, OH  45424 | 419.08 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/11/2011

Certificate of Service 07-35436

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

JOSEPH MICHAEL PYTEL
ANN COLLEEN PYTEL
4918 Neptune Lane
Huber Heights, OH 45424

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH 45066

(38.1n)
ERICH M RAMSEY
ASCENSION LAW GROUP
BOX 201347
ARLINGTON, TX 76006

(1016.1n)
HSBC AUTO FINANCE
ASCENSION CAPITAL GROUP
BOX 201347
ARLINGTON, TX 76006

(1017.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA 23541

(42.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA 95696

(39.1n)
STEVEN J PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH 45201

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner      sv